No. 2020. EL PUEBLO, APELADO, v. TORRES, APELANTE.— Corte de Distrito de Humacao. Resuelto en febrero 20, 1923. Hurto menor. Visto este caso con asistencia de ambas par-

tes y no habiendo hecho el apelante alegación alguna oral o escrita, el tribunal resuelve en corte abierta desestimar la apelación.